**JOSHUA J. JONES**
California Bar No. 259538
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
joshua_jones@fd.org
_____Retained  _X_  Appointed

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIAL JUDGE:  Honorable John A. Houston | Court Reporter: Cameron Kircher |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10CR1805-JAH |
| | ) | |
| (Appellee) Plaintiff, | ) | |
| | ) | **NOTICE OF APPEAL (CRIMINAL)** |
| vs. | ) | |
| | ) | |
| DANIEL EDWARD CHOVAN, | ) | |
| | ) | |
| (Appellant) Defendant. | ) | |

Notice is hereby given that Daniel Edward Chovan, Appellant-Defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

(**x**) final judgment (F. R. Crim. P. 32(b))

( ) sentence only (18 U.S.C. § 3742) Sentence imposed _____.

( ) order (describe): _____.

the last of which was entered in this proceeding on the 21st day of March, 2011.

If government appeal:  Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)?  __Yes __ No

DATED: March 22, 2011         *s/ Joshua J. Jones*
                                                              SIGNATURE*

Transcripts Required**  **x** Yes  __No  Date Ordered or to be ordered:  3/25/11

Date   (x) Indictment  ( )Information    Filed 5/12/10

Bail Status  in custody_____

Will there be a request to expedite the appeal and set a schedule faster than that normally set?  __Yes  **x**  No
(Note: This does not alleviate requirement of  FRAP 27-12  a motion to expedite which must be done in accordance with FRAP 27).

_____

 *Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.