

**FILED**

JUN 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DANIEL EDWARD CHOVAN, Defendant - Appellant. | No. 11-50107 D.C. No. 3:10-cr-01805-JAH-1 Southern District of California, San Diego ORDER |

Appellant's unopposed motion for a 30-day extension of time to file the opening brief is granted. The opening brief is due July 21, 2011. The answering brief is due August 22, 2011. The optional reply brief is due within 14 days after service of the answering brief.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

amt/Pro Mo 10Jun 2011