UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

   v.

DANIEL EDWARD CHOVAN,

             Defendant - Appellant.

No. 11-50107

D.C. No. 3:10-cr-01805-JAH-1
U.S. District Court for Southern
California, San Diego

**ORDER**

The opening brief submitted on July 21, 2011 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief

in paper format, with a blue cover, accompanied by certification (attached to the

end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Wayne Price
                                        Deputy Clerk