UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DANIEL EDWARD CHOVAN, Defendant - Appellant. | No. 11-50107  D.C. No. 3:10-cr-01805-JAH-1 Southern District of California, San Diego  ORDER |

The Government's motion for an extension of time in which to file the answering brief is granted. The answering brief is due September 21, 2011. The optional reply brief is due within 14 days after service of the answering brief.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court:

        Cathie A. Gottlieb
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
          and Ninth Circuit 27-10

7.25.11/cag/Pro Mo