UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50107 |
| Plaintiff - Appellee, | |
| v. | D.C. No. 3:10-cr-01805-JAH-1<br>U.S. District Court for Southern California, San Diego |
| DANIEL EDWARD CHOVAN, | **ORDER** |
| Defendant - Appellant. | |

The answering brief submitted on September 21, 2011 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Regine Ho
Deputy Clerk