# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# **ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)**

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number  
Case Title  

**assigned for hearing:**

Date             Time             Courtroom  
Location  

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name  
Address  
City             State             Zip Code  
Phone             Email Address  
Party/parties represented  
Special needs you may require in the courtroom  

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◯ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format)             Date  

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250