# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 11-50107 |
| Case Title | United States v. Daniel Chovan |

**assigned for hearing:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | 02/15/2012 | Time | 9:00 a.m. | Courtroom | 1 |
| Location | Pasadena, CA | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Devin Burstein |
| Address | 225 Broadway, Ste. 900 |

| | | | | | |
|---|---|---|---|---|---|
| City | San Diego | State | CA | Zip Code | 92101 |
| Phone | (619) 234-8467 | Email Address | devin_burstein@fd.org | | |

| | |
|---|---|
| Party/parties represented | Appellant-Defendant Chovan |
| Special needs you may require in the courtroom | |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Devin Burstein | Date | 12/21/2011 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250

# Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on      December 21, 2011 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:



*s/ Devin Burstein*