C.A. No. 11-50107

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

DANIEL EDWARD CHOVAN,

Defendant-Appellant.
_____

UNITED STATES' MOTION TO ENLARGE 350-WORD LIMIT
FOR SUBMISSION OF A FED. R. APP. P 28(j) LETTER

Pursuant to Ninth Circuit Rule 32-2, Appellee United States of America, respectfully moves the Court for an enlargement of the 350-word limit governing letters submitted under Federal Rule of Appellate Procedure 28(j). The reasons for this motion are noted in the attached Declaration of Assistant U.S. Attorney Caroline P. Han.

DATED:    February 17, 2012        LAURA E. DUFFY
                                   United States Attorney

                                   /s/ Caroline P. Han
                                   CAROLINE P. HAN
                                   Assistant U.S. Attorney

                                   United States Attorney's Office
                                   880 Front Street, Room 6293
                                   San Diego, CA  92101-8893
                                   Telephone:  (619) 557-5220

                                   Attorneys for Plaintiff-Appellee
                                   United States of America