FILED

APR 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DANIEL EDWARD CHOVAN,<br><br>Defendant - Appellant. | No. 11-50107<br><br>D.C. No. 3:10-cr-01805-JAH-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

The parties are ordered to file concurrent letter briefs on the applicability of *United States v. Brailey*, 408 F.3d 609 (9th Cir. 2005), to this case. The letter briefs shall not exceed three thousand (3,000) words in length.

The parties shall file their letter briefs within fourteen (14) days from the date of this order. Parties who are registered for ECF must file the letter brief electronically without submission of paper copies. Parties who are not registered ECF filers must file the original letter brief plus fifteen (15) paper copies.