C.A. No. 11-20107

CERTIFICATE OF COMPLIANCE

I certify that:

The attached supplemental brief is not subject to the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) because:

<u>  X  </u>   This brief complies with a page or size volume limitation established by separate Court Order dated April 12, 2012, and does not exceed 3000 words.

<u>April 26, 2012</u>          <u>s/ Caroline P. Han</u>
DATE                                  CAROLINE P. HAN
                                           Assistant U.S. Attorney