UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 27 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DANIEL EDWARD CHOVAN, Defendant - Appellant. | No. 11-50107 D.C. No. 3:10-cr-01805-JAH-1 U.S. District Court for Southern California, San Diego **ORDER** |

The letter brief submitted on April 26, 2012 by the USA is filed.

No paper copies of this brief are required as stated in the court's April 12, 2012 order.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk