UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>DANIEL EDWARD CHOVAN,<br><br>　　　　Defendant - Appellant. | No. 11-50107<br><br>D.C. No. 3:10-cr-01805-JAH-1<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The Appellant's supplemental brief submitted on January 23, 2013 is filed.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk