UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 11-50107 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:10-cr-01805-JAH-1 Southern District of California, San Diego |
| v. | |
| DANIEL EDWARD CHOVAN, | ORDER |
| Defendant - Appellant. | |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

Defendant-Appellant's motion to substitute counsel, filed November 14, 2013, is GRANTED. The docket shall reflect that Devin Burstein replaces Federal Defenders of San Diego, Inc., as counsel of record for Defendant-Appellant Daniel Edward Chovan.