UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DANIEL EDWARD CHOVAN, <br><br> Defendant - Appellant. | No. 11-50107 <br><br> D.C. No. 3:10-cr-01805-JAH-1 <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

Defendant-Appellant's unopposed motion for an extension of time to file a Petition for Rehearing is GRANTED. Defendant-Appellant's Petition for Rehearing shall be filed no later than January 15, 2014.