FILED

JAN 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff - Appellee,  v.  DANIEL EDWARD CHOVAN,  Defendant - Appellant. | No. 11-50107  D.C. No. 3:10-cr-01805-JAH-1 Southern District of California, San Diego  ORDER |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

Appellant's unopposed motion for an extension of time to file a Petition for Rehearing is GRANTED. The Petition for Rehearing shall be filed on or before February 18, 2014.

SO ORDERED.